**Donald HOWARD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 66508.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 14, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Donald Howard, appeals from a judgment entered in the Circuit Court of the County of St. Francois denying appellant's motion for an evidentiary hearing under Rule 24.035. We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the circuit court is not clearly erroneous. As we find an extended opinion would serve no jurisprudential purpose, we affirm the circuit court's judgment pursuant to Rule 84.16(b).

■

**Daniel A. MANCUSO,
Plaintiff/Respondent,**

v.

**DIRECTOR OF REVENUE, STATE OF MISSOURI, Defendant/Appellant.**

**No. 65386.**

Missouri Court of Appeals,
Eastern District,
Division Five.

March 14, 1995.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for appellant.

Clifford Schwartz, St. Louis, for respondent.

Before GRIMM, C.J., and REINHARD and CARL R. GAERTNER, JJ.

PER CURIAM.

Director of Revenue appeals the trial court's judgment which sustained driver's petition to review license revocation. This appeal is governed by our supreme court's decision in *Jackson v. Director of Revenue*, 893 S.W.2d 831 (Mo. banc 1995).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).